this is the nation. Of course, there's no need to say that
judges: Kozinski, Thomas, McKeown, Berzon, Tallman, Callahan, Bea, M. Smith, Ikuta, Nguyen, Hurwitz